Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Jerry Rhodes

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Rhodes,**<br><br>Plaintiff,<br><br>vs.<br><br>**Creditors Interchange Receivable Management, LLC, et. al.,**<br><br>Defendants. | CASE NO.: 1:11-cv-00038-LJO -GSA<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the parties have settled the case in its entirety and the Plaintiff anticipates filing a voluntary dismissal within twenty days.

Respectfully submitted this 4th day of April, 2011.

By: _s/Lara R. Shapiro
Lara R. Shapiro
Attorney for Plaintiff