UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RHODES,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, et. al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 11-0038 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

    Plaintiff has filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 25, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:    April 5, 2011**                                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE