IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RHODES, | CASE NO. CV F 11-0038 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 8.) |
| vs. | |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: April 26, 2011         /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE